# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0343
LT Case No. 2023-CF-001839-A

_____

DONALD CASS HAPLIN, III,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Hernando County.
Stephen E. Toner, Jr., Judge.

Matthew J. Metz, Public Defender, and George D.E. Burden,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Roberts
J. Bradford, Jr., Assistant Attorney General, Daytona Beach,
for Appellee.

April 2, 2026

PER CURIAM.

    AFFIRMED.

MAKAR, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____